FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ AUG 07 2014 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
GARY BEAUVIOR and HUSBENE
BEAUVIOR, on behalf of themselves
and all other similarly situated
customers,
                    Plaintiffs,

-against-

DAVID M. ISRAEL,
                    Defendant.
------------------------------------------------------X

JUDGMENT
13-CV-1236(FB)

        An Order of Honorable Frederic Block, United States District Judge, having been filed on August 7, 2014, granting defendant's motion to dismiss; it is

        ORDERED and ADJUDGED that defendant's motion to dismiss is granted and plaintiffs shall take nothing of the defendant.

Dated: Brooklyn, New York
         August 7, 2014

                                                        by:

Douglas C. Palmer
Clerk of Court

Digitally signed by Michele Gapinski
DN: cn=Michele Gapinski, o=U.S. Courts, ou=NY-E, email=michele_gapinski@nyed.uscourts.gov, c=US

Michele Gapinski
Chief Deputy for
Court Operations