UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------x
GARY BEAUVIOR and HUSBENE
BEAUVIOR, on behalf of themselves
and all other similarly situated
customers,

                Plaintiffs,        **MEMORANDUM AND ORDER**
                                                      No. 13-CV-01236 (FB) (RML)

    -against-

DAVID M. ISRAEL,

               Defendant.
-----------------------------------------------------x

**BLOCK, Senior District Judge:**

Defendant seeks reconsideration of the Court's order granting plaintiffs' motion to file a notice of appeal out of time pursuant to Federal Rule of Appellate Procedure 4(a)(5). The Court adheres to its conclusion that the illness of plaintiffs' appellate counsel and flood damage to trial counsel's calendar constitute "excusable neglect or good cause" for their failure to file a notice of appeal within the prescribed time. Accordingly, the motion for reconsideration is denied.

    **SO ORDERED.**

                                                                           FREDERIC BLOCK
                                                                           Senior United States District Judge

Brooklyn, New York
June _16_, 2015