**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of July, two thousand and fifteen.

Before:      José A. Cabranes,
                Rosemary S. Pooler,
                Christopher F. Droney,
                    *Circuit Judge*s.

_____

Gary Beauvoir, Husbene Beauvoir, on behalf of themselves and all other similarly situated consumers,

     Plaintiffs - Appellants,

v.

David M. Israel,

     Defendant - Appellee.

_____

**JUDGMENT**
Docket No. 14-3794

The appeal in the above captioned case from a judgment of the United States District Court for the Eastern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the August 7, 2014 judgment of the district court is AFFIRMED.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 10/06/2015**